# EXHIBIT B

# ACME

PIONNER JANITORIAL SERVICES INC.
Since 1949
Berklee College of music

## EMPLOYEE WARNING

August 13, 2008

**Pricilla Sousa** is receiving this warning for take unauthorized break time at the 136 back stairways on 8.12.08 at 10:15am.
**Pricilla Sousa** has a responsibility to work his complete duties with everyone time for breaks and lunchtime. This warning is to let you know that this behavior is completely unacceptable and will not be tolerated.
Therefore, this warning gives to **Pricilla** the opportunity of improvement his attitude or further disciplinary action will be taken up.

## ADVERTENCIA (Portuguese)

Pricilla Sousa, esta recebendo esta advertencia por tirar tempo extra de descando na escada de tras do edificio 136, as 10"15 da manha de Agosto,12 de 2008.
Pricilla tem a responsabilidade de cumprir seu tempo de trabalho juntamente com todos que dsipoem de tempo de descando e almoco.
Esta advertencia e para lhe informar que esta atitude e completamente inaceitavel e nao sera toledada.
Consequentemente, esta advertencia concede a Pricilla Sousa a oportunidade de melhorar sua atitude , ou uma futura acao disciplinar sera tomada.

_____
Mick Da Silva
Supervisor

_____
Pricilla Sousa
Employee

# ACME
### PIONNER JANITORIAL SERVICES INC.
### Since 1949
### Berklee College of music

## EMPLOYEE WARNING

September 09, 2008

**Pricilla Sousa** is receiving this warning for neglecting her duties as directed over the weekend when she was scheduled to work over-time @ 150 Mass Ave Building and 1140 Boylston Street building on Saturday September, 6 of 2008 performing regular basic services.

**Pricilla Sousa** has a responsibility to work her complete duties to finish all the tasks she had previous trained for. This warning is to let you know that this behavior is completely unacceptable and will not be tolerated.

Therefore, this warning gives to **Pricilla** the opportunity of improvement her attitude or further disciplinary action will be taken including termination.

_____        _____        _____
Mick Da Silva                                  Witness                                        Pricilla Sousa
Supervisor                                                                                         Employee

# ACME
PIONNER JANITORIAL SERVICES INC.
Since 1949
Berklee College of music

## EMPLOYEE REPRIMAND

October 21, 2008

**Pricilla Sousa** is receiving this reprimand for take unauthorized break time at 136 building locked inside of custodial closet hanging with another employee, on Monday October 20th at 10:00am. When I asked what they was doing locked with both lockers closed, the other employee told me that Pricilla went there to talk to her something personal.

**Pricilla** has a responsibility to work her complete duties with everyone time for breaks and lunchtime. At that time 11:00am, she was supposed to be at her area cleaning the Restrooms.

This reprimand is to let you know that your behavior is unacceptable and will not be tolerated.

Therefore, this reprimand gives to **Pricilla** the opportunity to improve her performance or further disciplinary action will be taken up to and including discharge.

## ADVERTENCIA (Portuguese)

**Pricilla Sousa**, esta recebendo esta advertencia por tirar tempo extra de descando no edificio 136, trancada dentro do closet de limpeza com outra funcionaria no dia 20 de Outubro as 10 horas da manha. Quando eu perguntei o que elas estavam fazendo trancada no closet, a outra funcionaria respodeu, que Pricilla havia ido la, para conversar algo da sua vida pessoal.

**Pricilla** tem a responsabilidade de cumprir seu tempo de trabalho juntamente com todos que dsipoem de tempo de descando e almoco. Neste momento as 11 da manha, quando deveria estar em sua area de trabalho limpando os banheiros

Esta advertencia e para lhe informar que esta atitude e inaceitavel e nao sera toledada. Consequentemente, esta advertencia concede a **Pricilla Sousa** a oportunidade de melhorar sua performanne no tranalho, ou uma futura acao disciplinar sera tomada que inclue em demissao.

_____        _____        NO CALL/REFUSE TO SIGN
Mick Da Silva                        Witness                             Pricilla Sousa
Supervisor                         Rep. Sindical                         Employee

# Acme Building Services, Inc.

6 Lakeside Office Park
Wakefield, Ma 01880
781-245-1552 Office
781-245-8905 Fax

BCM COPY

5 November 2008

Ms. Priscilla Souza
530 Willard St.
Quincy, Ma 02169

Re:     Grievance Results

Dear Priscilla,

As a result of the grievance meeting held on Wed. November 5, 2008 it has been agreed that we will remove the reprimand for unauthorized break after a period of 3 months, contingent on your performance during that time.

It is imperative for you to understand that any violation of company policy or procedures, as well as failure to perform your daily duties in an acceptable manner ; will nullify this agreement and may lead to further disciplinary action – up to and including discharge.

A copy of this letter will be sent to the Union Representative and a copy will be placed in your personnel file.

Respectfully,

Kenneth H. Ingersoll, Jr.
Operations Manager
ABS, Inc.