# EXHIBIT C



**LOCAL 615**

**SEIU**
Building Services Division

SERVICE EMPLOYEES
INTERNATIONAL UNION
AFL-CIO, CLC

Member's Last Name _____
First Name _____
Date of Birth _____

# Grievance Form

Member's Name Priscilla S. Silva  Tel 781-353-44
Home Address 330 W. Quincy St #402, Quincy MA 02169
Workplace BERKly   Company ACME Bld S
Shift 1 Shift  # Hours Per Week 40 hrs.  Start Date ____
Steward _____ Tel _____
Supervisor _____ Tel _____
Manager _____ Tel _____

Statement of Complaint Grievance Article 25, 21 (No Discrim) and other pertaining articles. Shall be no discrimination, restraint or coercion by either the Employer or its representatives.

Settlement Desired Paid 3 Days of Suspension And also stop sexual harassment from Supervisor (Mick De Silva) And Remove him from site immediately

Signature of Employee Pricilla di Silva  Date 12/15/08
For the Union Barbara Oxley  Date 12/15/08

60 Canal Street
6th Floor
Boston, MA 02114
617-523-6150
fax: 617-742-4896

Union copy white / Employer's copy yellow / Steward's copy pink / Employee's copy goldenrod