UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRICILLA de SOUZA SILVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PIONEER JANITORIAL SERVICES, INC., )<br>)<br>Defendant. ) | Civil Action No. 10-cv-11264JGD |

## AFFIDAVIT OF FRANK GELLO

I, Frank Gello, on oath depose and say as follows:

1. I am the Vice President of Operations for the defendant Pioneer Janitorial Services, Inc. ("Pioneer") and in this capacity have personal knowledge of the facts set forth in this Affidavit.

2. Pricilla de Souza Silva ("Ms. Silva") has been an employee of Pioneer since approximately February 23, 2003.

3. Pioneer is a company that provides janitorial services in commercial settings. One of Pioneer's major accounts is the Berklee College of Music.

4. Ms. Silva was hired as a custodian for Pioneer and has been assigned at all times relevant to this case she was assigned to the Berklee College site.

5. All of the custodial employees at Pioneer are members of the Service Employees International Union, Local 615 (the "Union"). For a period of time before she made her complaint against Pioneer, Ms. Silva had been the subject of a number of complaints about her work performance by Berklee and in addition had been subject to discipline by Pioneer. The

disciplinary problems at Pioneer came to a head in the fall and early winter of 2008.  On August 13, 2008 she received a written warning for taking an unauthorized break; on August 9, 2008 she received a written warning for neglecting her duties as directed; and, on October 21 she received a written reprimand for taken an unauthorized break with another employee.  Copies of the warnings are attached to the Memorandum in Support of Motion to Dismiss.

6. Finally, in December 2008 Ms. Silva was suspended for three days for not completing her work.  Shortly after this suspension, she brought a grievance through her Union claiming sexual harassment and discrimination and referencing Article 21 in the Collective Bargaining Agreement titled "No Discrimination".  A copy of the grievance is attached to the Memorandum in Support of Motion to Dismiss.  I attended the grievance hearing at which the subjects of discussion included Ms. Silva's poor work performance, the 3 day suspension and her claim that she had been sexually harassed by her supervisor, Mick da Silva.

7. I have reviewed the attachments to the Memorandum in Support of Motion to Dismiss and they are true and complete copies of the documents referenced in this Affidavit.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19TH DAY OF AUGUST, 2010.

                                                      */s/ Frank Gello*
                                                    Frank Gello