UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRICILLA de SOUZA SILVA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PIONEER JANITORIAL SERVICES, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 10-cv-11264JGD |

## MOTION TO STAY ARBITRATION

The defendant, Pioneer Janitorial Services, Inc. ("Pioneer"), moves this Court to stay the arbitration demanded by the Service Employees International Union[1] – currently pending as American Arbitration Assn. Case No. 11 300 01755 10. In support of this motion, Pioneer submits a Memorandum in Support of Motion to Stay with Exhibits, the contents of which are incorporated herein by reference.

WHEREFORE, Pioneer respectfully requests that this Court stay the arbitration demanded by the Service Employees International Union, pending as American Arbitration Assn. Case No. 11 300 01755 10, and grant such other and further relief as may be just.

---

[1] Although the Union is not yet a party to this action, they have filed an unopposed motion to intervene pursuant to Fed. R. Civ. P. 24. Accordingly, this motion is being served upon counsel for the Union in anticipation that the motion to intervene will be granted.

Respectfully submitted,

PIONEER JANITORIAL SERVICES, INC.,
By its attorneys,

Dated: September 17, 2010   By:   */s/ Mark J. Ventola*
                                   Mark J. Ventola, Esq. (BBO# 549570)
                                   Sheehan Phinney Bass + Green, PA
                                   255 State Street, 5th Floor
                                   Boston, MA 02109
                                   (617) 897-5600

### CERTIFICATE OF SERVICE

I, Mark J. Ventola, do hereby certify that on this 17th day of September, 2010, service of the foregoing Motion to Stay Arbitration was made upon the following by the means indicated below:

By electronic and first-class mail:

Tyler H. Fox, Esq.
675 Massachusetts Avenue
Eighth Floor
Cambridge, MA 02139

By the Court's CM/ECF system:

James A. W. Shaw
Indira Talwani
Louis A. Mandarini, III
SHEGAL ROITMAN, LLP
111 Devonshire St., 5th Floor
Boston, MA 02109

                          */s/ Mark J. Ventola*
                          Mark J. Ventola