UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRICILLA de SOUZA SILVA,           )<br>                                                          )<br>         Plaintiff, and                        )<br>                                                          )<br>SERVICE EMPLOYEES                )<br>INTERNATIONAL UNION, LOCAL 615,  )<br>                                                          )<br>         Intervenor-Plaintiff,            )<br>    v.                                                 )<br>                                                          )<br>PIONEER JANITORIAL SERVICES, INC.,  )<br>                                                          )<br>         Defendant.                          ) | CIVIL ACTION<br>NO. 10-11264-JGD |

## SCHEDULING ORDER

Following a status conference held on March 23, 2011 in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The court adopts the following deadlines proposed by the parties in their Joint Statement:

   a. The parties shall complete their initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), by **April 8, 2011**.

   b. Pioneer shall respond to the interrogatories and document requests that were previously propounded by the plaintiff prior to removal of the action to this court. The discovery requests shall be deemed to have been served on the date when the plaintiff serves her initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

   c. Fact discovery shall be completed by **October 14, 2011**.

   d. The plaintiff shall serve any expert disclosures, pursuant to Fed. R. Civ. P. 26(a)(2), by **October 28, 2011**.

      e.      The defendant shall serve any expert disclosures, pursuant to Fed. R. Civ. P. 26(a)(2), by **November 18, 2011**.

      f.      The parties shall complete any expert discovery by **December 12, 2011**.

      g.      Any motions for summary judgment shall be filed by **December 19, 2011**.

      h.      Any concise statement of material facts that is filed pursuant to Local Rule 56.1 in opposition to a motion for summary judgment shall include numbered paragraphs admitting or denying, paragraph by paragraph, the facts contained in the moving party's concise statement of material facts.

2.      The next status conference shall take place on **October 3, 2011 at 2:30 p.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

      (i)      the status of the case;
      (ii)     scheduling for the remainder of the case through trial; and
      (iii)    the use of alternative dispute resolution ("ADR") programs.

3.      The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above. With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

                                            / s / Judith Gail Dein
                                            Judith Gail Dein
                                            United States Magistrate Judge

DATED: March 24, 2011