UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PRICILLA de SOUZA SILVA, | ) | |
| | ) | |
| Plaintiff, and | ) | |
| | ) | |
| SERVICE EMPLOYEES | ) | CIVIL ACTION |
| INTERNATIONAL UNION, LOCAL 615, | ) | NO. 10-11264-JGD |
| | ) | |
| Intervenor-Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PIONEER JANITORIAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON THE UNION'S
## <u>ACTION FOR DECLARATORY RELIEF</u>

March 24, 2011

DEIN, U.S.M.J.

Intervenor-Plaintiff, Service Employees International Union, Local 615 (the "Union"), has filed an Action for Declaratory Judgment (Docket No. 15) by which it is seeking declaratory relief, as well as an award of reasonable costs and attorneys' fees. After consideration of the Union's requests for relief, the Action for Declaratory Judgment is ALLOWED IN PART and DENIED IN PART.  For the reasons stated in this court's Memorandum of Decision and Order on Defendant's Motion to Dismiss dated March 3, 2011 (Docket No. 35), this court hereby declares that the plaintiff, as a member of the Union subject to a collective bargaining agreement, did not waive her right to litigate her discrimination claims in court.  The Union's request for relief is otherwise

denied.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge