UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRICILLA de SOUZA SILVA,           ) | |
|                                    ) | |
| Plaintiff, and                     ) | |
|                                    ) | |
| SERVICE EMPLOYEES                  ) | CIVIL ACTION |
| INTERNATIONAL UNION, LOCAL 615,    ) | NO. 10-11264-JGD |
|                                    ) | |
| Intervenor-Plaintiff,              ) | |
| v.                                 ) | |
|                                    ) | |
| PIONEER JANITORIAL SERVICES, INC., ) | |
|                                    ) | |
| Defendant.                         ) | |

## SCHEDULING ORDER

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. This case shall be referred to mediation, pursuant to the court's alternative dispute resolution program, as soon as possible. The mediation shall be completed by no more than 90 days from the date of this order.

2. The deadline for the completion of fact discovery shall be extended to thirty (30) days following the conclusion of the mediation. The remaining deadlines shall be similarly extended based on the new discovery deadline.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

Dated: February 10, 2012