**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Pricilla de Souza Silva**
        Plaintiff(s)

CIVIL ACTION

V.

NO. **1:10-cv-11264-JGD**

**Pioneer Janitorial Services, Inc.**
        Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   **Judith G, DEIN**

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[**X**]   On   **6/25/2012**   I held the following ADR proceeding:

|   | SCREENING CONFERENCE |   | EARLY NEUTRAL EVALUATION |
|---|---|---|---|
| **X** | MEDIATION |   | SUMMARY BENCH / JURY TRIAL |
|   | MINI-TRIAL |   | SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officor [except _____].

The case was:

[ ]   Settled. Your clerk should enter a _____ day order of dismissal.

[**X**]   There was progress. A further telephone conference has been scheduled for **7/10/2012 at 2:00 PM** unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

  **7/25/2012**                           **/s/ Jennifer C. Boal**
    DATE                                  ADR Provider